■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP DE LAVORE, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—

*Time* to perfect appeal extended for 90 days.